**COLT B. DODRILL, ESQ.**
Nevada Bar No. 9000
**WOLFE & WYMAN LLP**
980 Kelly Johnson Drive, Ste 140
Las Vegas, NV  89119
Tel: (602) 953-0100
Fax: (602) 953-0101
cbdodrill@wolfewyman.com

**Attorneys for Plaintiff/Counterdefendant**
**GREEN TREE SERVICING LLC**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREEN TREE SERVICING LLC, a Delaware limited liability company, <br><br> Plaintiff, <br> v. <br><br> WILLIAM WON HOLDINGS, LLC, a Nevada limited liability company; WINGFIELD SPRINGS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; DOES 1 through 10, inclusive; ROE Business Entities 1 through 10, inclusive; and all others who claim interest in the subject property located at 2400 Dodge Drive, Sparks, Nevada 89436, <br><br> Defendants. | CASE NO. 3:15-cv-00197-HDM-WGC <br>  ORDER GRANTING <br>**STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT FOR QUIET TITLE** |
| WINGFIELD SPRINGS COMMUNITY ASSOCIATION, A Nevada non-profit corporation, <br><br> Third-Party Plaintiff, <br> v. <br><br> ANGIUS & TERRY, LLP, a foreign Limited Liability Partnership, individually, and doing business as ANGIUS & TERRY, LLC; ATC ASSESSMENT COLLECTION GROUP, LLP a foreign Limited Liability Company, individually, and doing business as ANGIUS & TERRY COLLECTIONS, LLC; ABC CORPORATIONS 1-10, inclusive, XYZ PARTNERSHIPS 1-10, inclusive, BLACK & WHILE COMPANIES 1-10, inclusive, and JOHN DOES 1-10, inclusive, <br><br> Third-Party Defendants. | |

1

2033344.1

| | |
|---|---|
| 1 | WILLIAM WON HOLDINGS, LLC, a Nevada limited liability company, |
| 2 | |
| 3 | Counterclaimant, v. |
| 4 | GREEN TREE SERVICING LLC, a Delaware limited liability company, |
| 5 | |
| 6 | Counderdefendant. |

**STIPULATION**

It is hereby stipulated and agreed by and between GREEN TREE SERVICING LLC, WILLIAM WON HOLDINGS, LLC and WINGFIELD SPRINGS COMMUNITY ASSOCIATION (collectively as the "Parties"), by and through their respective counsels of record, that GREEN TREE SERVICING LLC may file the First Amended Complaint attached to this Stipulation as Exhibit "1."

The Parties are stipulating in the interest of judicial economy and this Stipulation shall not be construed to prejudice any claims or defenses asserted by the Parties in this action.

IT IS SO STIPULATED.

DATED this 15th day of June, 2015.

By:*/s/ Colt B. Dodrill*   .
    Colt B. Dodrill, Esq.
    Nevada Bar No. 9000
    Yanxiong Li, Esq.
    Nevada Bar No. 12807
    WOLFE WYMAN, LLP
    980 Kelly Johnson Drive, Suite 140
    Las Vegas, NV 89119
    Attorneys for Plaintiff/Counterdefendant,
    GREEN TREE SERVICING, LLC

DATED this 15th day of June, 2015.

By:*/s/ David E. Adkins*   .
    David E. Adkins, Esq.
    Nevada Bar No. 4503
    THE LAW OFFICES OF DAVID E. ADKINS
    611 Sierra Rose Drive, Suite B
    Reno, NV 89511
    Attorneys for Defendant/Counterclaimant,
    WILLIAM WON HOLDINGS, LLC

///

///

///

2033344.1

DATED this 15th day of June, 2015.

By:/s/ Christopher D. Phipps                .
   Christopher D. Phipps, Esq.
   Nevada Bar No. 3788
   Alan W. Westbrook, Esq.
   Nevada Bar No. 6167
   PERRY & WESTBROOK
   6490 South McCarran Blvd., Suite C-20
   Reno, NV 89509
   Attorneys for Defendant/Third Party
   Plaintiff, WINGFIELD SPRINGS
   COMMUNITY ASSOCIATION

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated:  June  17 , 2015

2033344.1