1  Michael W. McKelleb, Esq., 12040
   ANGIUS & TERRY LLP
2  1120 N. Town Center Drive, Suite 260
   Las Vegas, NV 89144
3  Telephone: (702) 990-2017
   Facsimile: (702) 990-2018
4  mmckelleb@angius-terry.com

5
   Attorneys for Defendant
6  *Wingfield Springs Community Association*

7                  **UNITED STATES DISTRICT COURT**

8                   **DISTRICT COURT OF NEVADA**

9  GREEN TREE SERVICING LLC, a        )   Case No.: 3:15-cv-00197-HDM-WGC
10 Delaware limited liability company, now )
   known as DITECH FINANCIAL LLC,     )
11                                     )
12        Plaintiff,                   )
                                       )
13 v.                                  )   **SUBSTITUTION OF ATTORNEY**
                                       )
14 WILLIAM WON HOLDINGS LLC, a         )
15 Nevada limited liability company;   )
   WINGFIELD SPRINGS COMMUNITY        )
16 ASSOCIATION, a Nevada non-profit    )
   corporation; NEVADA ASSOCIATION    )
17 SERVICES, INC.; and ATC ASSESSMENT )
   COLLECTION GROUP, LLC,             )
18                                     )
19        Defendants.                  )
                                       )
20 And all related matters             )

21        Please take notice that the law firm of Angius & Terry LLP, hereby consents to the

22 substitution of Chris Yergensen, Esq., as the attorney of record for Wingfiled Springs

23 Community Association in its place and stead in the above-entitled matter.

24        Dated this 25th day of August, 2016.

25                                     _____
26                                     Michael W. McKelleb, Esq.
                                       SBN: 12040
27                                     Angius & Terry LLP
                                       1120 N. Town Center Dr., #260
28                                     Las Vegas, NV 89144

ANGIUS & TERRY LLP
1120 N. Town Center Dr.
Suite 260
Las Vegas, NV 89144
(702) 990-2017

1    Chris Yergensen, Esq., hereby accepts the above and foregoing substitution as counsel
2    of record in the above-entitled matter in the place and stead of Angius & Terry LLP.
3        Dated this  2  day of ~~August,~~ Sept. 2016.
4
5                                          Chris Yergensen, Esq.
6                                          6224 W. Desert Inn Rd.
                                           Las Vegas, NV 89146
7                                          (P) 702-804-8885
8                                          (F) 702-804-8887
9
10    Defendant Wingfield Springs Community Association hereby consents to the
11    substitution of Chris Yergensen, Esq., as counsel of record for it in the above-entitled matter
12    in the place and stead of Angius & Terry LLP.
13        Dated this  2  day of ~~August,~~ Sept. 2016.
14
15                                          Wingfiled Springs Community Association
16                                          By:
17                                              TREASURER
18
19                                          **ORDER**
20     While the court approves of the substitution, counsel remain responsible for his
21    proportionate share of attorney's fees set forth in the court's order of September 2,
      2016 (ECF No. 85) .
22
23    **IT IS SO ORDERED.**
24                                          William G. Cobb
25                                          UNITED STATES MAGISTRATE JUDGE
26
                                            DATED:  September 6, 2016.
27
28