UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

```
GREEN TREE SERVICING LLC,           )    3:15-cv-00197-HDM-WGC
                                    )
            Plaintiff,              )
                                    )    ORDER
vs.                                 )
                                    )
WILLIAM WON HOLDINGS, LLC,          )
WINGFIELD SPRINGS COMMUNITY         )
ASSOCIATION, et al.,                )
                                    )
            Defendants.             )
                                    )
_____ )
                                    )
WINGFIELD SPRINGS COMMUNITY         )
ASSOCIATION,                        )
                                    )
      Third-Party Plaintiff,        )
                                    )
vs.                                 )
                                    )
ANGIUS & TERRY LLP, ATC             )
ASSESSMENT COLLECTION GROUP, LLP,   )
et al.                              )
                                    )
      Third-Party Defendants.       )
_____ )
```

Pursuant to 28 U.S.C. § 2403(b) and Federal Rule of Civil Procedure 5.1(b), the court hereby certifies to the Attorney General for the State of Nevada that the plaintiff in this action has drawn into question the constitutionality of Chapter 116 of the

1

Nevada Revised Statutes.  The clerk of court is directed to serve a copy of this certification order on the Nevada Attorney General.

   IT IS SO ORDERED.

   DATED: This 8th day of December, 2016.

   _____
   UNITED STATES DISTRICT JUDGE

2