**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| GREEN TREE SERVICING LLC, | ) | 3:15-cv-00197-HDM-WGC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| WILLIAM WON HOLDINGS, LLC, WINGFIELD SPRINGS COMMUNITY ASSOCIATION, et al., | ) | |
| Defendants. | ) | |
| And related counterclaims. | ) | |

The plaintiff has filed a motion asking that the court stay all proceedings in this case except for the filing of dispositive motions addressing *Bourne Valley Court Trust v. Wells Fargo Bank, N.A.*, 832 F.3d 1154 (9th Cir. 2016). (ECF No. 96). The Ninth Circuit's *Bourne Valley* decision is not yet final as the Supreme Court has recently granted an extension of time to file a petition for writ of certiorari in that case to and including March 6, 2017. Accordingly, this action is hereby stayed as to all proceedings until the *Bourne Valley* case has become final, or until further

1

order of the court. The parties shall advise the court when the *Bourne Valley* decision becomes final.

IT IS SO ORDERED.

DATED: This 17th day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE