**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| GREEN TREE SERVICING LLC, now known as DITECH FINANCIAL LLC, | ) ) ) | 3:15-cv-00197-HDM-WGC |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | |
| WILLIAM WON HOLDINGS, LLC, WINGFIELD SPRINGS COMMUNITY ASSOCIATION, et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |
| And related counterclaims. | ) ) | |

On February 2, 2017, plaintiff filed a motion to stay all proceedings except for dispositive motions on the effect of the Ninth Circuit's decision in *Bourne Valley Court Trust v. Wells Fargo Bank, N.A.*, 832 F.3d 1154 (9th Cir. 2016). On February 17, 2017, the court stayed all proceedings until *Bourne Valley* became final or until further order of the court. Plaintiff has advised the court that the *Bourne Valley* decision is now final and seeks to partially lift the stay, again asking the court to allow proceedings only as to the effect of *Bourne Valley* (ECF No. 99).

1

At the same time, plaintiff filed its motion for partial summary judgment addressing *Bourne Valley* (ECF No. 98).

At the time the court stayed this action, discovery had already closed and the dispositive motions deadline was looming. Restricting dispositive motions to the *Bourne Valley* issue alone would not serve judicial economy or the interests of justice. Accordingly, the plaintiff's motion to partially lift the stay (ECF No. 99) is **GRANTED IN PART.** The stay of all proceedings entered by the court on February 17, 2017, is hereby **VACATED.** Plaintiff's motion for partial summary judgment (ECF No. 98), filed without leave of court and before the stay was lifted, is hereby **STRICKEN.** Plaintiff is granted leave to file a renewed motion for summary judgment that raises all arguments it seeks to advance on summary judgment. Dispositive motions by any party in this case shall be filed no later than September 25, 2017.

IT IS SO ORDERED.

DATED: This 23rd day of August, 2017.

*/s/ Howard D. McKibben*
UNITED STATES DISTRICT JUDGE