DAVID E. ADKINS, ESQ.
Nevada Bar No. 4503
611 Sierra Rose Drive, Suite B
Reno, NV 89511
Telephone: (775) 636-6222
Fax: (775) 636-6912
david@algnv.com

*Attorney for Defendant, William Won Holdings LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GREEN TREE SERVICING LLC, a Delaware limited liability company, now known as DITECH FINANCIAL LLC,<br><br>Plaintiff,<br>vs.<br><br>WILLIAM WON HOLDINGS LLC, a Nevada limited liability company; WINGFIELD SPRINGS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; NEVADA ASSOCIATION SERVICES, INC.; and ATC ASSESSMENT COLLECTION GROUP, LLC;<br><br>Defendants. | CASE NO.: 3:15-cv-00197-HDM-WGC<br><br>**ORDER FOR EXTENSION OF TIME TO OPPOSE MOTION FOR SUMMARY JUDGMENT** (Third Request) |
| WILLIAM WON HOLDINGS LLC, a Nevada limited liability company,<br><br>Counterclaimant,<br>vs.<br><br>GREEN TREE SERVICING LLC, a Delaware limited liability company, now known as DITECH FINANCIAL LLC,<br><br>Counterdefendant. | |

Plaintiff Ditech Financial LLC f/k/a Green Tree Servicing LLC ("Ditech"), and Defendant WILLIAM WON HOLDINGS, LLC ("Won"), hereby stipulate and agree that Won shall have through October 27, 2017, in which to file and serve its response to Ditech's Motion for Partial Summary Judgment filed herein on September 25, 2017. A response was initially due on October 16, 2017, and extended per stipulation and Order to October 23, 2017, and again extended per stipulation and Order to October 25, 2017. Won is requesting the extension for the reason that the motion raises several complex issues including issues raised in a recently entered Ninth Circuit decision, and his attorney therefore requires additional time to adequately prepare his opposition. This the third such request.

The Parties are stipulating in the interest of judicial economy and this Stipulation shall not be construed to prejudice any claims or defenses asserted by the Parties in this action.

IT IS SO STIPULATED:

DATED this 25rd day of October, 2017.

By /s/ Jamie K. Combs, Esq.
Ariel E. Stern, Esq.
Nevada Bar No. 8276
Vatana Lay, Esq.
Nevada Bar No. 12993
Jamie K. Combs, Esq.
Nevada Bar No. 13088
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
(702) 634-5000
Attorneys for Plaintiff/Counterdefendant,
DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING, LLC

DATED this 25rd day of October, 2017.

By: /s/ David E. Adkins
David E. Adkins, Esq.
Nevada Bar No. 4503
THE LAW OFFICES OF DAVID E. ADKINS
611 Sierra Rose Drive, Suite B
Reno, NV 89511
(775) 391-0419
Attorneys for Defendant/Counterclaimant,
WILLIAM WON HOLDINGS, LLC

**IT IS SO ORDERED:**

_Howard D McKibben_
UNITED STATES DISTRICT JUDGE
DATED: October 25, 2017