ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No. 12993
Akerman LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiff and Counter-Defendant Green Tree Servicing LLC, now known as Ditech Financial LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GREEN TREE SERVICING LLC, a Delaware limited liability company, now known as DITECH FINANCIAL LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM WON HOLDINGS LLC, a Nevada limited liability company; WINGFIELD SPRINGS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; NEVADA ASSOCIATION SERVICES, INC.; and ATC ASSESSMENT COLLECTION GROUP, LLC,<br><br>    Defendants. | Case No.: 3:15-cv-00197-HDM-WGC<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(First Request)** |
| WILLIAM WON HOLDINGS LLC, a Nevada limited liability company,<br><br>    Counter-Claimant,<br><br>vs.<br><br>GREEN TREE SERVICING LLC, a Delaware limited liability company, now known as DITECH FINANCIAL LLC,<br><br>    Counter-Defendant. | |

43355358;1

Plaintiff Ditech Financial LLC f/k/a Green Tree Servicing LLC ("Ditech"), and defendant William Won Holdings, LLC ("Won"), hereby stipulate and agree that Ditech shall have through December 1, 2017, in which to file and serve its reply in support of its motion for partial summary judgment filed herein on September 25, 2017. The reply is currently due on November 17, 2017, and the deadline has not previously been extended. Ditech requests the extension because of the complexity of the issues involved in the motion.

IT IS SO STIPULATED:

| DATED this 13th day of November, 2017. | DATED this 13th day of November, 2017. |
|---|---|
| **AKERMAN LLP** | **LAW OFFICE OF DAVID E. ADKINS** |
| */s/ Vatana Lay* | */s/ David E. Adkins* |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>VATANA LAY, ESQ.<br>Nevada Bar No. 12993<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144 | DAVID E. ADKINS, ESQ.<br>Nevada Bar No. 4503<br>611 Sierra Rose Drive, Suite B<br>Reno, Nevada 89511<br>Email: david@algnv.com |
| *Attorneys for Plaintiff and Counter-Defendant Green Tree Servicing LLC, now known as Ditech Financial LLC* | *Attorney for William Won Holdings LLC* |

**IT IS SO ORDERED:**

_Howard D. McKibben_
United States District Judge

DATED: November 14, 2017