**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GREEN TREE SERVICING LLC, a Delaware limited liability company, now known as DITECH FINANCIAL LLC, | ) 3:15-cv-00197-HDM-WGC<br>)<br>)<br>) ORDER<br>) |
|         Plaintiff, | ) |
| vs. | )<br>) |
| WILLIAM WON HOLDINGS, LLC, WINGFIELD SPRINGS COMMUNITY ASSOCIATION, et al., | )<br>)<br>) |
|         Defendants. | )<br>) |
| _____ | ) |
| And related counterclaims. | |
| _____ | |

In accordance with the court's order (ECF No. 119) granting plaintiff's motion for partial summary judgment (ECF No. 101) entered January 25, 2018, partial judgment shall be entered in favor of the plaintiff and against the defendants on plaintiff's fourth cause of action in its amended complaint (ECF No. 67). Defendant William Won Holdings, LLC, interest in the subject property known as 2400 Dodge Drive, Sparks, NV 89436 is therefore subject to Fannie Mae's deed of trust.

    IT IS SO ORDERED.

    DATED: This 12th day of February, 2018.


_____
UNITED STATES DISTRICT JUDGE

1