UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GREEN TREE SERVICING LLC, a Delaware limited liability company, now known as Ditech Financial LLC,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM WON HOLDINGS LLC, a Nevada limited liability company; WINGFIELD SPRINGS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; NEVADA ASSOCIATION SERVICES, INC.; and ATC ASSESSMENT COLLECTION GROUP, LLC,<br><br>Defendants.<br>_____<br>WILLIAM WON HOLDINGS LLC, a Nevada limited liability company,<br><br>Counter-Claimant,<br><br>vs.<br><br>GREEN TREE SERVICING LLC, a Delaware limited liability company, now known as Ditech Financial LLC,<br><br>Counter-Defendant. | Case No. 3:15-cv-00197-HDM-WGC<br><br>ORDER |

1 | Before the court is plaintiff Ditech Financial LLC's ("Ditech") motion for entry of final judgment (ECF No. 130). The time to respond has passed and the motion is thus ripe for judgment. In its motion, Ditech asks this court to enter final judgment under Federal Rule of Civil Procedure 54(b) with respect to Ditech's fourth cause of action, and to stay proceedings on all other claims. In the alternative, Ditech asks this court to enter final judgment on all claims.

On January 25, 2018, the court granted Ditech's motion for partial summary judgment (ECF No.119) and subsequently entered partial judgment in favor of Ditech on its claim for declaratory relief (ECF No. 120). In its motion, Ditech concedes that its remaining claims for damages are moot (ECF No. 130) and William Won Holding LLC's causes of action are futile as a result of the court's order granting partial summary judgment. No responses to Ditech's motion have been filed. Ditech's alternative motion to enter final judgment on all claims is therefore GRANTED. Final judgment shall be entered in Ditech's favor on its fourth cause of action and on all of defendant William Won Holdings LLC's claims. All other claims are dismissed as moot without prejudice.

IT IS SO ORDERED.

DATED THIS 18th day of June, 2018.

_____
HOWARD D. MCKIBBEN,
UNITED STATES DISTRICT JUDGE