AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

GREEN TREE SERVICING LLC,

        Plaintiff,

v.

WILLIAM WON HOLDING LLC, et al.

        Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 3:15-cv-00197-HDM-WGC

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** Ditech's alternative motion to enter final judgment on all claims is GRANTED.

    **IT IS FURTHER ORDERED AND ADJUDGED** that final judgment is hereby entered in Ditech's favor on its fourth cause of action and on all of defendant William Won Holdings LLC's claims.  All other claims are dismissed as moot without prejudice.

Date: June 18, 2018

DEBRA K. KEMPI  
Clerk



/s/K. Walker  
Deputy Clerk