IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREEN TREE SERVICING LLC, AKA Ditech Financial LLC, a Delaware limited liability company,<br><br>    Plaintiff - Appellees,<br><br>    vs.<br><br>WILLIAM WON HOLDINGS, LLC, a Nevada limited liability company,<br><br>    Defendant - Appellant,<br><br>and<br><br>WINGFIELD SPRINGS COMMUNITY ASSOCIATION; et al.,<br><br>    Defendants.<br>_____/ | 3:15-cv-00197-HDM-WGC<br><br>C/A # 18-15329<br><br>**ORDER ON MANDATE** |

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on August 30, 2019 issued its mandate pursuant to the parties' stipulation to voluntarily dismiss the above referenced appeal, and therefore dismissing the above referenced appeal, and the court being fully advised in the premises, NOW, THEREFORE, IT

1  IS ORDERED that the mandate be spread upon the records of this
2  court.
3       DATED this 5th day of September, 2019.

*Howard D. McKibben*
United States District Judge